**INDUSTRIAL MARITIME CARRIERS, LLC**
Charter Hire Statement
M/V Industrial Destiny (Drago J) - Scanscot Logistic
2515-500001
Charter Party dated 04/15/10

|  |  |  |  |  | All figures in US Dollars | |
|---|---|---|---|---|---|---|
|  |  |  |  |  | OWNERS (IMC) | CHARTERERS Scanlog |
| I. | CHARTER HIRE: |  |  |  |  |  |
|  |  |  | gmt time : | date : |  |  |
|  |  | Delivered : | 5:30 | 04/19/10 |  |  |
|  |  | Redelivered : | 3:06 | 06/24/10 |  |  |
|  |  | Total days : | 65.900 @ | $9,000.00 |  | 593,100.00 |
|  | OFF-HIRE: |  |  |  |  |  |
|  |  |  | gmt time : | date : |  |  |
|  |  | Delivered : | 0:00 | 01/00/00 |  |  |
|  |  | Redelivered : | 0:00 | 01/00/00 |  |  |
|  |  | Total days : | 0.000 @ | $9,000.00 | - |  |
| II. | COMMISSIONS : |  |  | 5.00% | 29,655.00 |  |
| III. | DELIVERY FUEL : |  |  |  |  |  |
|  |  |  | metric tons | price per ton |  |  |
|  |  | IFO | 539.0000 | 470.00 |  | 253,330.00 |
|  |  | MDO | 56.9000 | 760.00 |  | 43,244.00 |
| IV. | REDELIVERY FUEL : |  |  |  |  |  |
|  |  |  | metric tons | price per ton |  |  |
|  |  | IFO | 532.2000 | 470.00 | 250,134.00 |  |
|  |  | MDO | 12.6000 | 760.00 | 9,576.00 |  |
| V. | OWNER'S ITEMS : |  |  |  | 3,165.96 |  |
|  | OVERRIDE ON OWNER'S ITEMS : |  |  |  |  |  |
|  |  | PER CHARTER PARTY- | 2.50% |  | 79.15 |  |
|  | BANKING CHARGES |  |  |  | 150.00 |  |
| VI. | CHARTERERS EXPENSES : |  |  |  |  |  |
|  | I.L.O.H.C. |  |  |  |  |  |
|  | **COMMUNICATIONS:** |  |  |  |  |  |
|  | REA435000021 (APR2010 & MAY2010) |  |  |  |  | 293.45 |
|  | REA435000025 (JUNE 2010) |  |  |  |  | 347.41 |
|  | REA435000028 (JULY 2010) |  |  |  |  | 7.67 |
| VII. | TOTAL PAYMENTS : |  |  |  | 487,092.61 |  |
|  |  |  |  |  | 779,852.72 | 890,322.53 |
|  | Balance due Owners |  |  |  | 110,469.81 | - |
|  |  |  |  |  | 890,322.53 | 890,322.53 |