UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

INDUSTRIAL MARITIME CARRIERS, L.L.C. and
INTERMARINE, L.L.C.

    Plaintiffs,

v.                                                                                     Case No.:

SCANSCOT LOGISTIC SERVICES GMBH and
SCANSCOT SHIPPING SERVICES (DEUTSCHLAND) GMBH

    Defendants.
_____/

## AFFIDAVIT OF COUNSEL

1. I, MARGARET A. KRASICKI, am one of the attorneys for the Plaintiffs above named and in an attempt to locate the above named Defendants within this District, I did the following:

2. On October 13, 2010, I conducted an internet search of the records of the Florida Department of State Division of Corporations and learned that the Defendants are not and have never been registered to do business in Florida.

3. On October 13, 2010, I checked the telephone directories for the cities and surrounding areas of West Palm Beach and found no listings for the Defendants.

4. On October 13, 2010, I conducted an internet search for the Defendants, which confirmed their locations in Germany and did not reference any connection to the State of Florida.

5. On October 13, 2010, my staff placed a directory assistance call seeking a listing for the Defendants in the cities and surrounding areas of West Palm Beach and was advised that no listing for the company was found.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Dated: October 15, 2010.

Respectfully submitted,

/s/ Margaret A. Krasicki
Margaret A. Krasicki (474525)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH, A PLC
620 Twiggs Street, Suite 303
Tampa, Florida 33602
Telephone: (813) 977-1200
Facsimile: (813) 977-1288
Email: mkrasicki@gjtbs.com
Counsel for INDUSTRIAL MARITIME CARRIERS, L.L.C. and INTERMARINE, L.L.C.

2